**2005–0311. State Auto. Mut. Ins. Co. v. Titanium Metals Corp.**

Cuyahoga App. No. 83540, 159 Ohio App.3d 338, 2004-Ohio-6618, 823 N.E.2d 934.

RESNICK, PFEIFER and O'DONNELL, JJ., dissent.

**2005–0316. State v. Curd.**

Lake App. No. 2003–L–030, 2004-Ohio-7222. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decisions in 2004–1771, *State v. Quinones*, Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster*, Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

RESNICK and PFEIFER, JJ., dissent.

**2005–0329. State v. Gondor.**

Portage App. No. 2002–P–0073, 2004-Ohio-7219. Discretionary appeal accepted. Sua sponte, cause consolidated with 2005–0336, *State v. Resh*, Portage App. No. 2002–P–0074, 2004-Ohio-7220, for argument and decision.

RESNICK, LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2005–0331. Whitaker v. M.T. Automotive, Inc.**

Summit App. No. 21836, 2004-Ohio-7166. Discretionary appeal accepted,

RESNICK and LUNDBERG STRATTON, JJ., dissent.

On motion for admission pro hac vice of Thomas D. Domonoske by Ronald L. Burdge. Motion granted.

**2005–0334. Hinkle v. Cleveland Clinic Found.**

Cuyahoga App. No. 83721, 159 Ohio App.3d 351, 2004-Ohio-6853. Discretionary appeal accepted on Proposition of Law III.

PFEIFER, J., would accept the appeal on all propositions of law.

O'CONNOR and LANZINGER, JJ., would accept the appeal and also hold the cause for the decision in 2004–0048, *Beard v. Meridia Hospital*, Cuyahoga App. No. 82541, 2003-Ohio-5929.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2005–0336. State v. Resh.**

Portage App. No. 2002–P–0074, 2004-Ohio-7220. Discretionary appeal accepted. Sua sponte, cause consolidated with 2005–0329, *State v. Gondor*, Portage App. No. 2002–P–0073, 2004-Ohio-7219, for argument and decision.

RESNICK, LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2005–0338. State v. Bezak.**

Cuyahoga App. No. 84008, 2004-Ohio-6623. Discretionary appeal accepted on Proposition of Law I; cause held for the decisions in 2004–1171, *State v. Mathis*, Cuyahoga App. No. 83311, 2004-Ohio-2982, and 2004–1267, *State v. Fair*, Cuyahoga App. No. 82278, 2004-Ohio-2971; and briefing schedule stayed.

PFEIFER and O'DONNELL, JJ., dissent.

**2005–0339. State v. Ferguson.**

Hamilton App. No. C–040114, 2004-Ohio-7132. Discretionary appeal accepted on Proposition of Law No. II; cause held for the decisions in 2004–1771, *State v. Quinones*, Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster*, Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

RESNICK, J., dissents.